UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.10-11175-RGS

JAMES P. O'DONOGHUE and
ADRIANA G. O'DONOGHUE

v.

BANK OF AMERICA CORPORATION,
BAC HOME LOANS SERVICING, INC.,
COUNTRYWIDE HOME LOANS, INC.,
BALBOA INSURANCE SERVICES, INC.,
BALBOA INSURANCE COMPANY,
NEWPORT INSURANCE COMPANY, and
DEUTSCHE BANK NATIONAL TRUST

ORDER OF RECUSAL

December 22, 2010

STEARNS, D.J.

As a shareholder in defendant Bank of America, I am required by law to recuse myself from presiding in this case. See 28 U.S.C. § 455(b)(4). The case will be returned to the Clerk to be redrawn.

SO ORDERED.

/s/ Richard G. Stearns

UNITED STATES DISTRICT JUDGE