UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES P. O'DONOGHUE and<br>ADRIANA G. O'DONOGHUE,<br>    Plaintiffs,<br><br>          v.<br><br>BANK OF AMERICA CORPORATION,<br>BAC HOME LOANS SERVICING, INC.,<br>COUNTRYWIDE HOME LOANS, INC.,<br>BALBOA INSURANCE COMPANY,<br>NEWPORT INSURANCE COMPANY,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, and<br>GUAETTA AND BENSON, LLC,<br>    Defendants. | C.A. No. 1:10-cv-11175-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                               July 20, 2020

On July 13, 2020, the court issued and placed on the public docket a Memorandum and Order, with a letter from plaintiff James O'Donoghue attached as Exhibit 1. On July 19, 2020, in New Jersey, the son of United States District Judge Esther Salas was shot and killed at her home, and her husband was wounded. The United States Marshals Service has advised federal judges to now be especially vigilant concerning the safety of their families and themselves, including by seeking to maintain confidentiality concerning where they reside and their families. As the First Circuit has written, "privacy rights of participants . . . are among the interests which, in appropriate cases, can limit the presumptive right of public access to

judicial records." United States v. Kravetz, 706 F.3d 47, 62 (1st Cir. 2013). As the letter attached as Exhibit 1 to the July 13, 2020 Memorandum and Order makes reference to where I live and my family, including my grandchildren, I find that it is permissible and most appropriate that it now be sealed.

In view of the foregoing, it is hereby ORDERED that:

1. The letter which is Exhibit 1 to the July 13, 2020 Memorandum and Order (Docket No. 204) is SEALED.

2. Any future filing that refers to the letter, or the information that it contains, shall be filed under seal at least temporarily.

                                                                                    /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE